# INDEBTEDNESS WORKSHEET

### DEBT AS OF THE PETITION DATE

**A. Total pre-petition indebtedness of debtor(s) to movant (if movant is not the lender, this refers to the indebtedness owed to the lender) as of petition filing date: $846,896.21**

1. Amount of principal: $549,290.62

2. Amount of interest: $118,440.79

3. Amount of escrow (taxes and insurance): $160,137.00

4. Amount of forced placed insurance expended by movant: $0.00

5. Amount of attorneys' fees billed to debtor(s) pre-petition: $18,656.61

6. Amount of pre-petition late fees, if any, billed to debtor(s): $371.19

7. Any additional pre-petition fees, charges or amounts charged to debtors/debtors account and not listed above: $0.00 (if additional space is needed, list the amounts on a separate sheet and attach the sheet as an exhibit to this form; please list the exhibit number here: N/A.)

**B. Contractual interest rate: 7.625% (if interest rate is (or was) adjustable, list the rate(s) and date(s) the rate(s) was/were in effect on a separate sheet and attach the sheet as an exhibit to this form; list the exhibit number here: "1".)**

# AMOUNT OF ALLEGED POST-PETITION DEFAULT
## (AS OF 01/16/2016)

C.     Date last payment was received: <u>10/01/09</u>

D.     Alleged total number of payments due postpetition from filing of petition through payment due on 01/01/2016: <u>1</u>.

E.     All postpetition payments alleged to be in default:

| Alleged Amount Due Date | Alleged Amount Due | Amount Received | Amount Aplied To Principal | Amount Applied To Interest | Amount Applied To Escrow | Late fee Charged (If any) |
|---|---|---|---|---|---|---|
| 01/01/2016 | $3,294.45 | $0.00 | N/A | N/A | N/A | $0.00 |
| Totals: $ | $3,294.45 | $0.00 | $ | $ | $ | $0.00 |

F.     Amount of movant's attorneys fees billed to debtor for the preparation, and filing and prosecution of this motion: <u>$500.00</u>

G.     Amount of movant's filing fee for this motion: <u>$176.00</u>

H.     Other attorneys' fees billed to debtor post-petition: $<u>0.00</u>

I.     Amount of movant's post-petition inspection fees: $<u>0.00</u>

J.     Amount of movant's post-petition appraisal broker's price opinion: $<u>0.00</u>

K.     Amount of forced placed insurance or insurance provided by the movant post-petition: $<u>0.00</u>

L.     Sum held in suspense by movant in connection with this contract, if applicable: $<u>0.00</u>

M.     Amount of other post-petition advances or charges, for example taxes, insurance incurred by debtor etc (itemize each charge): $<u>0.00</u>

Bankruptcy POC Arrearage Detail for Case 15-31593

| monthly payment | | interest rate |
|---|---|---|
| | 11/1/2009 | 4 |
| | 12/1/2009 | 3.875 |
| | 1/1/2010 | 3.75 |
| | 2/1/2010 | 3.75 |
| | 3/1/2010 | 3.75 |
| | 4/1/2010 | 3.75 |
| | 5/1/2010 | 3.75 |
| | 6/1/2010 | 3.625 |
| | 7/1/2010 | 3.625 |
| | 8/1/2010 | 3.625 |
| | 9/1/2010 | 3.625 |
| | 10/1/2010 | 3.625 |
| | 11/1/2010 | 3.625 |
| | 12/1/2010 | 3.625 |
| | 1/1/2011 | 3.625 |
| | 2/1/2011 | 3.625 |
| | 3/1/2011 | 3.625 |
| | 4/1/2011 | 3.5 |
| | 5/1/2011 | 3.5 |
| | 6/1/2011 | 3.5 |
| | 7/1/2011 | 3.5 |
| | 8/1/2011 | 3.5 |
| | 9/1/2011 | 3.5 |
| | 10/1/2011 | 3.5 |
| | 11/1/2011 | 3.5 |
| | 12/1/2011 | 3.5 |
| | 1/1/2012 | 3.5 |
| | 2/1/2012 | 3.5 |
| | 3/1/2012 | 3.375 |
| | 4/1/2012 | 3.375 |
| | 5/1/2012 | 3.375 |
| | 6/1/2012 | 3.375 |
| | 7/1/2012 | 3.375 |
| | 8/1/2012 | 3.375 |
| | 9/1/2012 | 3.375 |
| | 10/1/2012 | 3.375 |
| | 11/1/2012 | 3.375 |
| | 12/1/2012 | 3.375 |
| | 1/1/2013 | 3.375 |
| | 2/1/2013 | 3.375 |
| | 3/1/2013 | 3.375 |
| | 4/1/2013 | 3.375 |
| | 5/1/2013 | 3.375 |
| | 6/1/2013 | 3.375 |
| | 7/1/2013 | 3.375 |
| | 8/1/2013 | 3.375 |
| | 9/1/2013 | 3.375 |
| | 10/1/2013 | 3.375 |
| | 11/1/2013 | 3.375 |
| | 12/1/2013 | 3.375 |
| | 1/1/2014 | 3.375 |

Bankruptcy POC Arrearage Detail for Case 15-31593

| monthly payment | interest rate |
|---|---|
| 2/1/2014 | 3.375 |
| 3/1/2014 | 3.375 |
| 4/1/2014 | 3.375 |
| 5/1/2014 | 3.375 |
| 6/1/2014 | 3.375 |
| 7/1/2014 | 3.375 |
| 8/1/2014 | 3.375 |
| 9/1/2014 | 3.375 |
| 10/1/2014 | 3.375 |
| 11/1/2014 | 3.375 |
| 12/1/2014 | 3.375 |
| 1/1/2015 | 3.375 |
| 2/1/2015 | 3.375 |
| 3/1/2015 | 3.5 |
| 4/1/2015 | 3.5 |
| 5/1/2015 | 3.5 |
| 6/1/2015 | 3.5 |
| 7/1/2015 | 3.5 |
| 8/1/2015 | 3.5 |
| 9/1/2015 | 3.5 |
| 10/1/2015 | 3.625 |
| 11/1/2015 | 3.625 |
| 12/1/2015 | 3.5 |