**UNITED STATES BANKRUPTCY COURT, SOUTHERN DISTRICT OF FLORIDA**
www.flsb.uscourts.gov
**CHAPTER 13 PLAN (Individual Adjustment of Debts)**
☐   2ND   MODIFIED Plan (Indicate 1st, 2nd, etc. amended, if applicable)

DEBTOR: WAYNE CULBERTSON                                CASE NO.:  15-31593-RBR
Last Four Digits of SS#  8535

**MONTHLY PLAN PAYMENT:** Including trustee's fee of 10% and beginning 30 days from filing/conversion date, Debtor(s) to pay to the trustee for the period of  60  months.  In the event the trustee does not collect the full 10%, any portion not collected will be paid to creditors pro-rata under the plan:

   A.    $ 777.81   for months   1   to   13  ;
   B.    $ 878.76   for months   14   to   14  ;
   C.    $ 871.67   for months   15   to   20  ;
   D.    $ 459.04   for months   21   to   60  ; in order to pay the following creditors:

Administrative: Attorney's Fee - $ 7,650.00   TOTAL PAID $ 700.00
           Balance Due     $ 6,950.00   payable $   277.98   /month (Months  1  to  13 )
                                              $   482.13   /month (Months 14  to  14 )
                                              $   475.69   /month (Months 15  to  20 )

Fee Itemization: $3,500.00 Base Legal Fee; $525.00 Motion to value collateral.; $775.00 Motion to Value Real Property (X4); $525.00 Motion to Modify

Secured Creditors:  [Retain Liens pursuant to 11 U.S.C. §1325 (a)(5)] Mortgage(s)/Liens on Real or Personal Property:

1.         The Landings of Parkland           Arrearage on Petition Date         $ 6,600.00
Address: c/o Philip Croyle, P.A.              Arrears Payment  $  101.35   /month (Months    1   to   13  )
         370 W. Camino Gardens Blvd. #300     Arrears Payment  $  112.39   /month (Months   14   to   60  )
         Boca Raton, FL 33432                 Regular Payment  $  184.27   /month (Months    1   to   13  )
Account No: 0120                              Regular Payment  $  204.35   /month (Months   14   to   60  )

**IF YOU ARE A SECURED CREDITOR LISTED BELOW, THE PLAN SEEKS TO VALUE THE COLLATERAL SECURING YOUR CLAIM IN THE AMOUNT INDICATED.  A SEPARATE MOTION (UTILIZING LOCAL FORM "MOTION TO VALUE  AND DETERMINE SECURED STATUS OF LIEN ON REAL PROPERTY") WILL ALSO BE SERVED ON YOU PURSUANT TO BR 7004 and LR 3015-3.**

| Secured Creditor | Description of Collateral and Value of Collateral | Interest Rate | Plan Payments | Months of Payment | Total Plan Payments |
|---|---|---|---|---|---|
| Ally Financial  (4874) | 2007 BMW 7 Series $19,859.06 | 5.25% | $183.12 | 1    To    13 | $2,380.59 - Debtor is surrendering vehicle. |
| Valley Bank | Residential Home 2500 NE 36th Street Fort Lauderdale, FL 33308 $124,080.00 | 0% | $0 | | The Debtor seeks to strip the mortgage as wholly unsecured. |
| Child Safe Products Inc. | Residential Home 2500 NE 36th Street Fort Lauderdale, FL 33308 $124,080.00 | 0% | $0 | | The Debtor seek to strip the certified final judgment as wholly unsecured. |
| Deerfield Builders Supply Co. Inc. | Residential Home 2500 NE 36th Street Fort Lauderdale, FL 33308 $124,080.00 | 0% | $0 | | The Debtor seek to strip the certified final judgment as wholly unsecured. |

LF-31 (rev. 12/01/09)

| Peter T. Mavrick | Residential Home 2500 NE 36th Street Fort Lauderdale, FL 33308 $124,080.00 | 0% | $0 | | The Debtor seek to strip the certified final judgment as wholly unsecured. |
|---|---|---|---|---|---|

Priority Creditors: [as defined in 11 U.S.C. §507]

1. _____     Total Due  $_____
                                    Payable    $_____/month  (Months____ to ____)
                                    Payable    $_____/month  (Months____ to ____)

Unsecured Creditors:  Pay $__100.57__/month  (Months__21__ to __60__).
Pro rata dividend will be calculated by the Trustee upon review of filed claims after bar date.

Other Provisions Not Included Above:

1. Debtor will direct pay secured creditor Space Coast Credit Union (9959) for a 2006 Chevrolet Suburban.

2. Debtor will treat secured claim of Americor Lending (1293) on the real property located at 2500 NE 36th Street, Fort Lauderdale, FL 33308 outside of this plan.  Creditor shall receive no payment under the plan. This treatment shall not impair whatever in rem rights creditor has in the real property, but the Debtor shall not be precluded from asserting any claims, defenses or affirmative defenses in response to any attempted foreclosure suit.

3. Debtor will treat secured claim of Quicken Loans Inc. (5856) on the real property located at 10120 NW 58 Ct., Parkland, FL 33076 outside of this plan. Creditor shall receive no payment under the plan.

4. Debtor will surrender a 2007 BMW7 Series directty to secured creditor Ally Financial (4874) outside of this plan.


   /s/ **FILED ECF**_____          Date: February 6, 2017
Nowack &Olson, PLLC with knowledge and consent of the Debtor(s)


LF-31 (rev. 12/01/09)